# UNITED STATES DISTRICT COURT

Middle District of North Carolina

DEBORAH S. TRIVETTE,        )
       Plaintiff,         )
                            )
    v.                        )       #1:04CV449
                            )
JO ANNE B. BARNHART,      )
Commissioner of Social Security,  )
       Defendant.      )

## J-U-D-G-M-E-N-T

On July 18, 2005, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court. No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's motion for summary judgment [Pleading no. 10] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading no. 14] be **GRANTED**, that the Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice.

This the day of August 10, 2005

                                             /s/ N. Carlton Tilley, Jr.
                                             United States District Judge